UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CV-23776-MOORE

WENDY RUIZ, NOEL SAUCEDO,
CAROLINE ROA, KASSANDRA ROMERO,
JANETH AMERICA PEREZ, *on behalf of
themselves and all others similarly situated,*

    Plaintiff(s),

vs.

GERARD ROBINSON, *Florida Commissioner
of Education, Official Capacity,* FRANK T. BROGAN,
*Chancello of the State University System,
Official Capcity,* ROBERTO MARTINEZ, *Official
Capacity*, KATHLEEN SHANAHAN, *Official
Capacity*, *Official Capacity*, SALLY BRADSHAW,
*Official Capacity*, GARY CHARTRAND, *Official
Capacity*, A.K. DESAI, *Official Capacity*, BARBARA
S. FEINGOLD, *Official Capacity*, JOHN R. PADGET,
*Official Capacity*, DEAN COLSON, *Official Capacity*,
MORTENZA "MORI" HOSSEINI, *Official Capacity*,
RICHARD A. BEARD, III, *Official Capacity*, JOSEPH
L. CARUNCHO, *Official Capacity*, CHRISS CORR,
*Official Capacity*, PATRICIA FROST, *Official
Capacity*, THOMAS G. KUNTZ, *Official Capacity*,
MICHAEL LONG, *Official Capacity*, AVA L.
PARKER, *Official Capacity*, TICO PEREZ, *Official
Capacity*, GUS A. STAVROS, *Official Capacity*,
JOHN W. TEMPLE, *Official Capacity*, NORMAN D.
TRIPP, *Official Capacity*, RICHARD A. YOST,
*Official Capacity*, JOHN ROOD, *Official Capacity*,

    Defendant(s).

UNIVERSITY OF MIAMI SCHOOL OF LAW
CHILDREN AND YOUTH LAW CLINIC, and
THE CHILDREN'S TRUST

    Amicus
_____/

COURT MINUTES
Date: October 4, 2012
Time: 1 hour, 10 minutes

TYPE OF HEARING:    Scope of Final Judgment

Ruiz v. Robinson

Case No. 11-CV-23776-MOORE

| | |
|---|---|
| Representing Plaintiffs: | Tania Golloni |
| | Miriam Fahsi Haskell |
| | Valori Toni Greenfield |
| Representing Defendants: | Blaine H. Winship |
| COURT CLERK: | Robin Godwin |
| REPORTER: | Judy Wolff |

## PROCEEDINGS

Court addresses parties concerning language to be included in Final Judgment.

Counsel for Plaintiff submits proposed Final Judgment and addresses Court as to elements included. Counsel for defense addresses Court as to its opinion of proposed Final Judgment and requests additional time to submit proposed Order on behalf of defense.

Briefing schedule set by the Court.